IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD DECKER,

    Petitioner,                    No. CIV-S-03-0799 FCD KJM P

    vs.

MIKE KNOWLES, et al.,

    Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a California prisoner proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. On March 28, 2006, petitioner filed a motion asking that these proceedings be held in abeyance pending exhaustion of state court remedies with respect to a potential new claim. The new claim would be based on petitioner's trial counsel's alleged ineffective assistance by virtue of his failure to call a material witness; petitioner asserts that the information to support this claim was discovered only recently, because trial counsel previously had concealed it. Respondent has not opposed petitioner's motion.

        In <u>Rhines v. Weber</u>, 544 U.S. 269, 278 (2005), the Supreme Court recognized the district court's authority to stay a habeas action if a habeas petitioner seeks to exhaust state court remedies with respect to a new, potentially meritorious claim and demonstrates good cause for failure to exhaust earlier. Petitioner's representation that he was unaware of the availability of

1 | the material testimony until just recently satisfies the <u>Rhines</u> good cause requirement.  Moreover,
2 | this court cannot find that petitioner's claim of ineffective assistance of counsel is plainly
3 | meritless.  A stay is appropriate.
4 | In accordance with the above, IT IS HEREBY RECOMMENDED that:
5 | 1.  Petitioner's March 28, 2006 request for a stay be granted;
6 | 2.  This matter be stayed; and
7 | 3.  Counsel for petitioner be directed to inform the court as soon as state court
8 | remedies are exhausted with respect to the claim identified in petitioner's March 28, 2006
9 | motion.
10 | These findings and recommendations are submitted to the United States District
11 | Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
12 | days after being served with these findings and recommendations, any party may file written
13 | objections with the court and serve a copy on all parties.  Such a document should be captioned
14 | "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
15 | shall be served and filed within ten days after service of the objections.  The parties are advised
16 | that failure to file objections within the specified time may waive the right to appeal the District
17 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
18 | DATED: August 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
deck0799.sty