IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD DECKER,

    Petitioner,               No. CIV S-03-0799 FCD KJM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 7, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 7, 2006, are adopted in full;

2. Petitioner's March 28, 2006 request for a stay is granted;

3. This matter is stayed;

4. The Clerk of the Court is directed to administratively close this case; and

5. Counsel for petitioner shall inform the court as soon as state court remedies are exhausted with respect to the claim identified in petitioner's March 28, 2006 motion.

DATED: September 12, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge