IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD DECKER,

      Petitioner,                    No. CIV S-03-0799 FCD KJM P

   vs.

MIKE KNOWLES, et al.,

      Respondents.                ORDER

_____/

        Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner asks that the stay imposed in this matter be lifted.  Good cause appearing, petitioner's request will be granted.  Counsel for petitioner also requests that he be exempt from this court's electronic filing policy.  This request will be granted for purposes of this case only.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The stay imposed in this matter is lifted and petitioner's application for writ of habeas corpus stands submitted to the court for decision.

/////

/////

1

        2. For purposes of this case, counsel for petitioner is exempt from the court's electronic filing of documents policy.

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

1
deck0799.lft