IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD DECKER,

        Petitioner,                    No. CIV S-03-0799 FCD KJM P

   vs.

MIKE KNOWLES,

        Respondent.              <u>ORDER</u>

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1  For the reasons set forth in the magistrate judge's September 16, 2009 findings
2  and recommendations, petitioner has not made a substantial showing of the denial of a
3  constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: January 6, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE