IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD DECKER,

    Petitioner,                      No. CIV S-03-0799 FCD KJM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a California prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal (#34) is granted. See 28 U.S.C. § 1915(a).

DATED: February 1, 2010.

                                              _____
                                              U.S. MAGISTRATE JUDGE

1
deck0799.4